**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

DONNA CISSON, et al.,

       Plaintiffs,

v.                                   CIVIL ACTION NO.   2:11-cv-00195

C. R. BARD, INC.,

       Defendant.

**ORDER**

       Pursuant to Rule 16(b) and Local Rule of Civil Procedure 16.1(e), it is **ORDERED** that the civil jury trial in this matter is **SCHEDULED** for **July 29, 2013 at 8:30 a.m**.

       The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                          ENTER:      July 12, 2013

                          _____

                          JOSEPH R. GOODWIN
                          UNITED STATES DISTRICT JUDGE