IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DONNA CISSON, et al.,

        Plaintiffs,

v.                            CIVIL ACTION NO.   2:11-cv-00195

C. R. BARD, INC.,

        Defendant.

**JUDGMENT ORDER**

    This case was tried to a jury from July 29, 2013 to August 15, 2013. In accordance with the jury verdict returned and the memorandum opinion and order entered this same day in the above-styled civil action, it is **ORDERED** and **ADJUDGED** that the plaintiff, Ms. Donna Cisson, take the sums of $250,000 in compensatory damages and $1,750,000 in punitive damages, for a total award of $2,000,000, against the defendant, with costs and interest as allowed by law, and that judgment be entered in favor of the defendant as to the claims alleged by Mr. Dan Cisson, with costs and interest as allowed by law. It is further **ORDERED** that this action be dismissed with prejudice and **STRICKEN** from the docket.

    The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to all counsel of record.

                                    Enter: October 18, 2013

                                    JOSEPH R. GOODWIN
                                    UNITED STATES DISTRICT JUDGE